UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-06453-SSC Date: October 21, 2026

Title Amr Mohamed Amer v. Kristi Noem, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Serve**

On June 12, 2026, Plaintiff Amr Mohamed Amer filed this civil action pursuant to U.S.C. 28 § 1361 (ECF 1.) A summons was issued on June 29, 2026. (ECF 17.)

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a defendant must be served with the summons and complaint no later than 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Absent a showing of good cause, if a defendant is not timely served, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.* As stated, the complaint was filed on June 12, 2026, and, pursuant to Rule 4(m), the service deadline was September 10, 2026. The service

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-06453-SSC Date: October 21, 2026

Title Amr Mohamed Amer v. Kristi Noem, et al.

deadline has passed, and the Court has not received proof of service on the Defendants or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **October 28, 2026,** why this action should not be dismissed for Plaintiff's failure to serve the summons and complaint as required by Rule 4. If Plaintiff files a proof of service by **October 28, 2026,** this order to show cause will automatically be discharged and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file a timely response to this order to show cause may result in dismissal of this action for failure to serve.**

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**