**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(HONORABLE STEPHANIE S. CHRISTENSEN)**

| | |
|---|---|
| AMR MOHAMED AMER;<br>Plaintiff,<br>vs.<br>KRISTI NOEM, U.S. Department of Homeland Security; KASH PATEL, as the Director of the FBI; DAVID M. RADEL, Director of Los Angeles Asylum Office; MARCO RUBIO, U.S. Secretary of State<br>Defendants. | CASE NO: 2:26-cv-06453-SSC<br><br>**~~[PROPOSED]~~ ORDER EXTENDING TIME TO COMPLETE SERVICE** |

Having considered Plaintiff's Response to Order to Show Cause and Request for Extension of Time to Complete Service and supporting declaration, the Court ORDERS:

1. Plaintiff's request for an extension is GRANTED. Plaintiff shall complete all required service of the summons and complaint and file proof of service within 30 days after entry of this Order.

2. The October 21, 2026 Order to Show Cause is continued through the extended deadline.
3. Failure to comply with the extended deadline may result in dismissal of this action for failure to serve.

IT IS SO ORDERED.

Dated: October 29, 2026



THE HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE